**O'HAGAN MEYER**
Daniel J. Cravens SBN 207859
Jessica S. Pliner, SBN: 261976
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
Telephone: (628) 626-6117
Email: dcravens@ohaganmeyer.com
       jpliner@ohaganmeyer.com

Attorney(s) for Defendants
UNITED FREIGHT LINES, INC.
and NICKOLAS TATAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VAUGHN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED FREIGHT LINES, INC., a California corporation, NICKOLAS TATAR, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00672-KJM-JDP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff JULIAN VAUGHN and Defendants UNITED FREIGHT LINES, INC. an Oklahoma Corporation, erroneously sued herein as UNITED FREIGHT LINES, INC, a California Corporation, and NICKOLAS TATAR, pursuant to Local Rule 144(a), that Plaintiff shall be granted an extension of time to file his responsive pleading to Defendants' Counterclaim to July 28, 2023.  This extension will not alter the date of any event or deadline already filed by Court Order.  No previous extensions of time have been granted or sought.

**IT IS SO STIPULATED**.

DATED: July 20, 2023                **O'HAGAN MEYER**

By: /s/
DANIEL CRAVENS
JESSICA S. PLINER
Attorneys for Defendants
UNITED FREIGHT LINES, INC. and
NICKOLAS TATAR

DATED: July 20, 2023

By: /s/
JULIAN VAUGHN
In Pro Per Plaintiff

**IT IS ORDERED** that the foregoing Agreement is approved.

Dated: July 20, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE