UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VAUGHN,<br><br>            Plaintiff,<br><br>       v.<br><br>UNITED FREIGHT LINES, INC.,<br><br>            Defendant. | Case No.  2:23-cv-00672-DC-JDP (PS)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 32 |

Plaintiff has filed a motion asking for a ninety-day extension of time to complete discovery.  ECF No. 32.  The court construes plaintiff's filing as a motion to modify the November 13, 2023 scheduling order.  *See* ECF No. 26.  Defendant has filed a statement of non-opposition that requests all other deadlines also be extended by ninety days.  ECF No. 34.

Since defendant does not oppose the requested modification, plaintiff's motion will be granted.  Accordingly, it is hereby ORDERED that:

  1. Plaintiff's September 30, 2024 filing, ECF No. 32, is construed as a motion to modify the scheduling order.

  2. So construed, the motion, ECF No. 32 is granted.

  3. The November 13, 2023 scheduling order is modified as follows:

     a. all discovery shall be completed by March 14, 2025;

     b. motions to compel shall be heard not later than February 20, 2025;

1

  c. initial expert disclosures shall be served on or before December 27, 2024;

  d. any rebuttal disclosures shall be served on or before January 10, 2025; and

  e. all dispositive motions shall be heard by May 29, 2025.

IT IS SO ORDERED.

Dated:  October 16, 2024        _____
                 JEREMY D. PETERSON
                 UNITED STATES MAGISTRATE JUDGE