1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIAN VAUGHN,                          No. 2:23-cv-00672-DC-JDP (PS)

12                Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DENYING
13          v.                               PLAINTIFF'S MOTION TO STRIKE

14   NICKOLAS TATAR, et al.,                 (Doc. Nos. 36, 40)

15                Defendants.

16

17          Plaintiff Julian Vaughn is proceeding *pro se* in this civil action. This matter was referred

18   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On February 24, 2025, Plaintiff filed a motion to strike statements made by Defendants in

20   their answer to Plaintiff's complaint and in Defendants' counterclaim. (Doc. No. 36.) On April

21   29, 2025, the assigned magistrate judge issued findings and recommendations recommending that

22   Plaintiff's motion to strike be denied as frivolous. (Doc. No. 40.) Specifically, the magistrate

23   judge found Plaintiff's motion was untimely, his reliance on provisions of the California Code of

24   Civil Procedure were not applicable in this federal action, and his arguments were substantively

25   unconvincing. (*Id*. at 2.) The pending findings and recommendations were served on the parties

26   and contained notice that any objections thereto were to be filed within fourteen (14) days after

27   service. (*Id*. at 3.) To date, no objections to the findings and recommendations have been filed,

28   and the time in which to do so has passed.

                                                    1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2   *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

3   findings and recommendations are supported by the record and by proper analysis.

4    Accordingly,

5    1.    The findings and recommendations issued on April 29, 2025 (Doc. No. 40) are

6    ADOPTED in full;

7    2.    Plaintiff's motion to strike (Doc. No. 36) is DENIED;

8    3.    This action is referred back to the assigned magistrate judge for further

9    proceedings.

10

11

12    IT IS SO ORDERED.

13   Dated:   **July 17, 2025**   _____

14                                Dena Coggins
                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28