1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIAN VAUGHN,                          Case No.  2:23-cv-0672-DC-JDP (PS)

12                 Plaintiff,

13          v.                                ORDER

14    UNITED FREIGHT LINES, INC., *et al.*,

15                 Defendants.

16

17

18          Motion practice has concluded, and claims remain against pending.  The court will hold a

19    status conference on October 2, 2025, at 10:00 a.m.  No later than fourteen days before the

20    conference, the parties shall file status reports discussing: potential interest in a settlement

21    conference, any practical limitations on going to trial at this juncture, and any other measure that

22    would secure speedy and efficient resolution of this case.

23          Accordingly, it is hereby ORDERED that:

24          1.  A status conference is set for October 2, 2025, at 10:00 a.m.  The conference will be

25    conducted via Zoom.

26

27

28

                                          1

2. By no later than September 18, 2025, the parties shall file status reports addressing the matters identified above.

IT IS SO ORDERED.

Dated:    August 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE