UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIAN VAUGHN,

Plaintiff,

v.

UNITED FREIGHT LINES, INC., *et al.*,

Defendants,

Case No.  2:23-cv-0672-DC-JDP

ORDER

Motion practice has concluded, and claims remain pending.  The court will hold a status conference on June 11, 2026, at 10:00 a.m.  No later than fourteen days before the conference, the parties shall file status reports discussing: any practical limitations on going to trial at this juncture, proposed dates for the pretrial conference and trial, estimated trial length, and any other measure that would secure speedy and efficient resolution of this case.  Additionally, the parties are directed to complete and file the Consent to Assignment or Request for Reassignment form within seven days of the date of this order.

Accordingly, it is hereby ORDERED that:

1.  A status conference is set for June 11, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

1

2.  By no later than May 28, 2026, the parties shall file status reports addressing the matters identified above.

3.  The parties shall complete and file the Consent to Assignment or Request for Reassignment form within seven days of the date of this order.

IT IS SO ORDERED.

Dated:    May 5, 2026          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2