UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIAN VAUGHN,

         Plaintiff,

    v.

UNITED FREIGHT LINES, INC., *et al.*,

         Defendants.

Case No.  2:23-cv-0672-DC-JDP

ORDER TO SHOW CAUSE

The court previously issued an order setting a status conference for June 11, 2026 and directing the parties to file status reports by no later than May 28, 2026.  ECF No. 53.  Plaintiff timely submitted a status report.  ECF No. 54.  Defendants, however, failed to file their own status report.

Defendants will be ordered to show cause why sanctions should not be imposed for their failure to timely file a status report.  *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. The status conference currently set for June 11, 2026, is continued to July 2, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

2. By no later than June 18, 2026, defendants file a status report as required by the court's May 5, 2026 order.  *See* ECF No. 53.

3. Defendants shall show cause, by no later than June 18, 2026, why sanctions should not be imposed for failure to comply with the court's May 5, 2026 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' answer be stricken and default entered.

IT IS SO ORDERED.


Dated:    June 8, 2026                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE

2